AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

5:11 pm Mar 06 2020

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

| | |
|---|---|
| United States of America<br>v.<br>Manish Raj Gupta<br><br>*Defendant(s)* | Case No. 3:20MJ5075 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/20/2016 to 9/30/2016  in the county of  Lucas  in the Northern  District of  Ohio - Western Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Illegally dispensing controlled substances |
| 18 U.S.C. § 2241(b) | Aggravated Sexual Abuse |
| 18 U.S.C. § 1591(a) | Sex Trafficking (force, fraud or coercion) |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated hereto.

☑ Continued on the attached sheet.

*Complainant's signature*, FBI

Erin L. Marciniak, Special Agent FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed.R.Crim.P. 4.1 and 41(d)(3).

Date: 3/6/2020

*Judge's signature*

City and state: Toledo, Ohio

U.S. District Court Judge Jeffrey J. Helmick
*Printed name and title*